■ GEORGE HEATH, Appellant, v JOHN S. WOJTOWICZ et al., Defendants, and WARNER BROS. INC., Respondent. [932 NYS2d 695]—

The motion court properly denied plaintiff's motion seeking

additional royalties from Warner Bros. Plaintiff's claim was previously litigated, it was determined that he is due 16²/₃% of the 1% of royalties owed to his predecessor, the late John S. Wojtowicz, and that determination was affirmed by this Court (72 AD3d 402 [2010], *lv dismissed* 15 NY3d 768 [2010]). Accordingly, plaintiff is barred by the doctrine of res judicata from relitigating this claim (*see Marinelli Assoc. v Helmsley-Noyes Co.*, 265 AD2d 1, 5 [2000]).

Furthermore, given plaintiff's pattern of continuous and vexatious litigation concerning this subject matter for the past few decades (*see e.g. New York State Crime Victims Bd. v Abbott*, 212 AD2d 22 [1995]), an injunction barring him from commencing new actions or proceedings seeking royalties from the film is warranted.

We have considered plaintiff's remaining arguments and find them unavailing. Concur—Gonzalez, P.J., Tom, Catterson, Richter and Román, JJ.